JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN | Case No. CV 14-6989 FMO (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PAUL LEWIS GABBERT, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the RICO claim, and dismissed without prejudice as to the remaining state-law claims.

Dated this 10th day of June, 2015.

/s/
Fernando M. Olguin
United States District Judge